**No. 55276.**—J. E. Bernard & Company, Inc., et al. v. United States, protests 144929–K/1892, etc. (Chicago).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55277.**—National Silver Co. and Pacific Hide & Leather Co., Inc. v. United States, protests 151108–K and 161585–K (Los Angeles).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 1, 1951

**No. 55278.**—Emerson Jewelry Co. and Union Minerals & Alloys Corp. v. United States, protests 132265–K and 160770–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55279.**—Wm. A. Force & Co., Ltd., et al. v. United States, protests 141940–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55280.**—Peter Paul, Inc., et al. v. United States, protests 151010–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55281.**—A. Kuehnert & Co. v. United States, protest 123741–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 55282.**—I. L. Hartman & Co., Inc. v. United States, protest 154728–K (New York).

Opinion by RAO, J. The protest was dismissed.

**No. 55283.**—Jas. McCutcheon & Co. v. United States, protest 159391–K (New York).

Opinion by RAO, J. The protest was dismissed.